GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | ) | (For Revocation of Probation or Supervised Release) |
| **v.** | ) | |
| | ) | |
| Michael Anthony Thomas | ) | Case Number:     5:20CR00007-40 |
| | ) | |
| | ) | USM Number:     14902-021 |
| | ) | |
| | ) | James Wrixam McIlvaine |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violations of mandatory conditions, Violations 1, 2, in part, and standard conditions, Violations 3, 4, of the term of supervision.

☐ was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You committed another federal, state, or local crime (mandatory condition). | February 26, 2026 |
| 2 | You unlawfully possessed a controlled substance (mandatory condition). | February 26, 2026 |
| 3 | You communicated or interacted with someone engaged in criminal activity or someone who was previously convicted of a felony (standard condition). | February 26, 2026 |
| 4 | You knowingly left the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer (standard condition). | February 26, 2026 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s),_____ , and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 1702

Defendant's Year of Birth: 1982

City and State of Defendant's Residence:

Baxley, Georgia

July 28, 2026
Date of Imposition of Judgment

Signature of Judge

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

July 30, 2026
Date

GAS 245D    Judgment in a Criminal Case for Revocations    Judgment — Page 2 of 2

DEFENDANT:         Michael Anthony Thomas
CASE NUMBER:       5:20CR00007-40

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>20 months.  It is the Court's intention that the defendant receive credit for time served since his arrest.</u>

☒    The Court makes the following recommendations to the Bureau of Prisons:
Designation to the federal facility in Jesup, Georgia, is recommended, to the extent space and security can accommodate.  Furthermore, the Court recommends that the defendant be evaluated for medical treatment related to his back.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL